United States District Court
Southern District of Texas
**ENTERED**
July 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ERASMO MENDEZ-CARRANZA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05234 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Parties may file a supplemental brief addressing the Fifth Circuit's recent order in *Sosnava Rodriguez v. Ortega*, No. 26-50183, Dkt. 199-1 (5th Cir. July 21, 2026) (order granting "Appellants' opposed motion for stay of the district court judgments pending rehearing *en banc*") by July 28, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 22, 2026.

Keith P. Ellison
United States District Judge

1 / 1